| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:11-cv-1814 |
|---|---|---|---|
| | Exxon Mobil Corporation | | United States District Court<br>Southern District of Texas<br>FILED<br>JUN 2 7 2011 |
| | *versus* | | |
| | United States of America | | |
| | | | David J. Bradley, Clerk of Court |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Stephanie J. Talbert<br>U.S. Department of Justice<br>Environmental Defense Section<br>P.O. Box 23986<br>Washington, DC 20026<br>202-514-2617<br>CT 426570 |
|---|---|
| Seeks to appear for this party: | The United States of America |
| Dated:  6/21/2011 | Signed: *Stephanie J. Talbert* |

| The state bar reports that the applicant's status is: | *Active* |
|---|---|
| Dated: 6/27/11 | Clerk's signature: M7 |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____

_____
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of DEFENDANT'S MOTIONS FOR ADMISSION PRO HAC VICE via email, on June 24, 2011, on counsel of record.

*Stephanie J. Talbert*
STEPHANIE J. TALBERT
Counsel for Defendant