UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Exxon Mobil Corporation

v.                                              Case Number: 4:11–cv–01814

UNITED STATES OF AMERICA

NOTICE OF RESETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 8/15/2016

**TIME:** 03:00 PM

**TYPE OF PROCEEDING:** Miscellaneous Hearing

Date:   July 18, 2016

David J. Bradley, Clerk