

United States Courts
Southern District of Texas
FILED

DEC 18 2017

David J. Bradley, Clerk of Court

**U.S. Department of Justice**

Environment and Natural Resources Division

---

*Environmental Defense Section*  *Telephone: (202) 514-6390*
*P.O. Box 7611*  *Facsimile: (202) 514-8865*
*Washington, DC 20044*

December 15, 2017

<u>By Federal Express</u>

David J. Bradley
Clerk of the Court
United States District Court
Southern District of Texas
United States Courthouse
515 Rusk Avenue
Houston, TX 77002

  Re: *ExxonMobil v. United States*, Nos. 4:10-cv-002386 & 4:11-cv-01814 (S.D. Tex.)

Dear Mr. Bradley:

  Please find enclosed compact disks containing the exhibits to the Memorandum in Support of Defendant United States of America's Motion for Partial Summary Judgment on Phase Two Issues and accompanying Statement of Undisputed Facts, which were electronically filed in the above-referenced pair of cases on December 15, 2017. We are filing the disks conventionally with permission of Judge Rosenthal's Chambers to avoid a rather substantial burden on the electronic filing system, and to aid in maintaining the confidentiality of a limited set of documents filed under seal.

  We have enclosed two disks for each case, one containing the bulk of the large exhibit set, and a second disk in a separate internal envelope containing the documents filed under seal. Please take care to be sure that the documents filed under seal are handled in accordance with their confidential status.

  Pursuant to instructions from the Court, we will be providing courtesy copies to Lisa Eddins in Judge Rosenthal's Chambers shortly.

  Please do not hesitate to contact me at (202) 514-6390 or <u>Erica.zilioli@usdoj.gov</u> with any questions.

- 2 -

Best regards,

*Erica Zilioli* (signature)

Erica M. Zilioli
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Tel.: (202) 514-6390
Fax.: (202) 514-8865
Email: erica.zilioli@usdoj.gov

*Counsel for the United States*

cc:   Daniel Steinway, Baker Botts LLP
      Tynan Buthod, Baker Botts LLP